UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                                      01-CR-115 J.Kennedy

HENRI JAMIOY QUISTIAL

**MOTION TO UNSEAL CASE OR IN THE ALTERNATIVE
TO PERMIT COUNSEL TO ACCESS THE SEALED
DOCUMENTS IN THE COURT FILE**

      Henri Jamioy Quistial, defendant, now Moves this Court to Unseal the Documents in this case to permit Counsel, Heather Shaner to file a Motion on his behalf for Compassionate Relief.

      Mr. Jamioy Quistial has been incarcerated since 2001. He is incarcerated at Victorville, FCI Medium and has retained counsel's information throughout his incarceration. He recently wrote counsel and subsequently telephoned counsel to request her assistance in filing a Motion for Compassionate Release on his behalf.

      Counsel requires the documents in the Sealed case in Order to proceed.

Wherefore counsel requests the Court issue an Order to Unseal the Case or in the alternative issue an Order permitting Counsel to access all the pleadings in the file related to her client and relative to a Motion for Compassionate Release.

Respectfully Submitted,

_____/hhs/_____
H. Heather Shaner #273276
Appointed by the Court for
Henri Jamioy Quistial
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210
hhsesq@aol.com